MICHAEL O'CONNELL, Respondent, v. JACOB & YOUNGS, INC., Appellant.— Judgment and order affirmed, with costs. No opinion. Present — Clarke, P. J., Laughlin, Scott, Dowling and Page, JJ.

EVA J. BLATTER, as Administratrix, etc., Respondent, v. THE NEW YORK CENTRAL AND HUDSON RIVER RAILROAD COMPANY, Appellant.— Judgment and order affirmed, with costs. No opinion. Present — Clarke, P. J., Laughlin, Scott, Dowling and Page, JJ.

EMMA G. BADGELEY, Appellant, v. CENTRAL CONSUMERS WINE AND LIQUOR COMPANY, Respondent.— Judgment affirmed, with costs. No opinion. Present — Clarke, P. J., Laughlin, Scott, Dowling and Page, JJ.

MARIA ACAMPORA, as Administratrix, etc., Respondent, v. T. J. McLAUGHLIN'S SONS, Appellant.— Judgment and order affirmed, with costs. No opinion. Present — Clarke, P. J., Laughlin, Scott, Dowling and Page, JJ.

CUBA DISTILLING COMPANY, Respondent, v. SAMUEL M. RICE, Appellant, Impleaded with DISTILLING COMPANY OF AMERICA and Others, Respondents.— Appeal dismissed, with ten dollars costs and disbursements. No opinion. Present — Clarke, P. J., Laughlin, Scott, Dowling and Page, JJ.

In the Matter of J. SIDNEY BERNSTEIN, an Attorney.— Proceeding dismissed. Order to be settled on notice. Present — Clarke, P. J., McLaughlin, Scott, Smith and Page, JJ.

In the Matter of GEORGE V. SMITH, an Attorney.— Motion granted. Order to be settled on notice. Present — Clarke, P. J., Laughlin, Scott, Dowling and Page, JJ.

WALTER CARPENTER v. J. L. PRESCOTT COMPANY.— Motion granted. Present — Clarke, P. J., Laughlin, Scott, Dowling and Page, JJ.

NATHAN I. BERGER v. NATIONAL ARCHITECTS BRONZE COMPANY and Others.— Motion denied, with ten dollars costs. Present — Clarke, P. J., Laughlin, Scott, Dowling and Page, JJ.

FEDAR KOPANCES, Respondent, v. OCEAN STEAMSHIP COMPANY OF SAVANNAH, Appellant.— Judgment and order affirmed, with costs. No opinion. Present — Clarke, P. J., Laughlin, Dowling, Smith and Page, JJ.; Smith, J., dissented on the ground that the recovery is based upon the negligence of the superintendent not specified in the notice of injury.

FARBER CONTRACTING COMPANY, Appellant, v. ESSIE CONSTRUCTION COMPANY, INC., Respondent.— Judgment affirmed, with costs. No opinion. Present — Clarke, P. J., Laughlin, Dowling, Smith and Page, JJ.

ELIZABETH CAIN, Respondent, v. GEORGE E. HALSEY and Another, Appellants.— Judgment and order reversed, new trial ordered, costs to appellants to abide event, unless plaintiff stipulates to reduce verdict to $2,000, in which event judgment as so modified and order affirmed, without costs. No opinion. Present — Clarke, P. J., Laughlin, Dowling, Smith and Page, JJ.